IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR101 |
| vs. | ORDER |
| TRAVIS LEE GILPIN, | |
| Defendant. | |

This matter comes before the court on the United States of America's Motion to Release Garnishment (Filing No. 43). The government seeks an order releasing the garnishment against Annuity Products. For good cause shown,

**IT IS ORDERED**:

The United States of America's Motion to Release Garnishment (Filing No. 43) is granted. The garnishment against Annuity Products is hereby released.

Dated this 30th day of June, 2015.

                                                      BY THE COURT:

                                                      s/ Thomas D. Thalken
                                                      United States Magistrate Judge