IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                  **8:14CR101**

            vs.

TRAVIS LEE GILPIN,                                          **ORDER**

                    Defendant.

This matter is before the court on defendant's response regarding notice of garnishment, Filing No. 51.  The defendant objects to the garnishment and requests the court to deny plaintiff's Application for Writ of Garnishment.  The defendant does not specifically ask for a hearing.

The defendant has now orally requested that his objection and request for a hearing be cancelled. The government does not object and agrees that a hearing regarding the Notice of Garnishment, Filing No. 49, is not necessary.

THEREFORE IT IS ORDERED that defendant's response, Filing No. 51, is deemed withdrawn.

Dated this 19th day of November, 2015

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Senior United States District Judge