IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR101 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAVIS LEE GILPIN, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Transamerica Life Insurance Co., 4333 Edgewood Road, NE, Cedar Rapids, IA 52499,

IT IS HEREBY ORDERED that the garnishment against Transamerica Life Insurance Co., is released.

DATED this 15th day of February, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge